IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES O'REILLY, ALEXANDER ZAISS, NICHOLAS NOVAK, HANS HOWELL, and RYAN J. SMITH, | § § § § § | |
| Plaintiffs/Counterclaim Defendants, | § § | CIVIL ACTION NO. 1:21-CV-348-DAE |
| v. | § § | |
| CAE INTEGRATED, LLC and RYAN F. JACOB, | § § § | |
| Defendants/Counterclaim Plaintiff. | § | |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Defendant CAE Integrated, LC and Ryan F. Jacob ("Defednants") move the Court for leave to file a Motion for Summary Judgment that exceeds the 20-page limit for dispositive motions set forth in Local Rule CV-7(C)(2). Defendants believe that an extension of this page limit is necessary in order to adequately brief its position on the issues in its motion. Therefore, Defendants respectfully request that the Court grant this motion and permit Defendants to file their Motion for Summary Judgment not to exceed 28 pages, exclusive of the caption, signature block, any certificate, table of contents, table of authorities, and accompanying documents.

Defendants' counsel has conferred with opposing counsel who has confirmed that Plaintiffs do not oppose this motion for leave to exceed page limits.

Respectfully Submitted,

BOULETTE GOLDEN & MARIN L.L.P.

By: */s/ Michael D. Marin*
    Michael D. Marin

Michael D. Marin
TX State Bar No. 00791174
mmarin@boulettegolden.com
Ashley A. Smith
TX State Bar No. 24002958
ashley@boulettegolden.com
2700 Via Fortuna, Suite 250
Austin, TX 78746
Telephone:    (512) 732-8924
Facsimile:    (512) 732-8905

ATTORNEYS FOR DEFENDANTS/COUNTERCLAIM PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, I served a true and correct copy of the foregoing via the Court's ECF system in accordance with the Federal Rules of Civil Procedure to the following:

Kerry V. O'Brien
O'Brien Law Firm
1011 Westlake Drive
Austin, Texas 78746
ko@obrienlawpc.com

**Counsel for Plaintiffs/Counterclaim Defendants**

    */s/ Michael D. Marin*
**Counsel for Defendants/Counterclaim Plaintiff**