IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES O'REILLY, ALEXANDER ZAISS, NICHOLAS NOVAK, HANS HOWELL, AND RYAN J. SMITH, | § § § § | NO. 1:21-CV-348-DAE |
| Plaintiffs, | § § | |
| vs. | § § | |
| CAE INTEGRATED, LLC, AND RYAN F. JACOB, | § § § § | |
| Defendants. | § § § | |

## ORDER DENYING PLAINTIFF'S OPPOSED MOTION TO STRIKE DEFENDANTS' EXCESS PAGES

Before the Court is Plaintiffs' Opposed Motion to Strike Defendants' Excess Pages in Violation of Page-Limits Order, filed on January 19, 2023.  (Dkt. # 83.)  Defendants filed a response in opposition on January 25, 2023.  (Dkt. # 87.)  Plaintiffs ask the Court to strike Defendants' 22-page "Appendix to Defendants' Motion for Summary Judgment" (Dkt. # 80-2), on the basis that it exceeds the page limit ordered by the Court.  (Dkt. # 83.)

While the Court agrees that Defendants' Appendix exceeds the page limit ordered by the Court, the Court will not exclude on this basis.  Local Rule CV-7(c)(1) provides that: "An appendix may be filed with the motion specifying

any factual basis relied upon. If filed, the appendix must include all affidavits, deposition transcripts, or other documents supporting the relied upon facts." Moreover, Local Rule CV-7(c)(2) states that the 20-page limit is "exclusive of the caption, signature block, any certificate, and any accompanying documents."

Accordingly, the Appendix, which summarizes Defendants' version of the facts does not violate Local Rule CV-7(c)(2), and, therefore, Plaintiffs' Motion to Strike is **DENIED** (Dkt. # 83). See Simms v. City of San Antonio, Texas, No. 5:18-CV-00211-DAE, 2019 WL 7900484, at *4 (W.D. Tex. May 24, 2019) (overruling plaintiff's motion to strike defendant's summary of facts). Plaintiffs may, in turn, file their own Appendix to support their version of the facts in supplementation of their own motion **within fourteen days of this Order**.

    **IT IS SO ORDERED**.

    **DATED**: Austin, Texas, February 3, 2023.

_____
David Alan Ezra
Senior United States District Judge