**BOULETTE GOLDEN & MARIN L.L.P.**

BOULETTE GOLDEN & MARIN L.L.P.
2700 VIA FORTUNA, STE 250
AUSTIN, TEXAS 78746
(512) 732-8900 - MAIN
(512) 732-8905 – FAX
www.boulettegolden.com

**Michael D. Marin**
(512) 732-8924 – Direct
mmarin@boulettegolden.com

April 25, 2023

*via CM/ECF*

U.S. District Clerk's Office
United States District Court for the
Western District of Texas – Austin Division
501 West 5th Street, Suite 1100
Austin, Texas 78701

Re: Civil Action No. 1:21-cv-00348-DAE; *O'Reilly et al v. CAE Integrated, LLC et al*; In the U.S. District Court for the Western District of Texas, Austin Division

## VACATION LETTER

This notice is to advise the Court and parties that I will be out of the office for vacation on the following dates:

      June 8-16, 2023
      July 18 – August 5, 2023

Please do not set any hearings or other matters requiring a response or appearance on those dates.

Thank you for your consideration.

Regards,

*[signature: Michael D. Marin]*

Michael D. Marin
Counsel for Defendants/Counterclaim Plaintiff

    cc:   All Counsel of Record (*via CM/ECF*)