IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAMES O'REILLY, ALEXANDER ZAISS, NICHOLAS NOVAK, HANS HOWELL, and RYAN J. SMITH, <br><br> Plaintiff/Counterclaim Defendants, <br><br> v. <br><br> CAE INTEGRATED, LLC and RYAN F. JACOB, <br><br> Defendants/Counterclaim Plaintiffs. | CIVIL ACTION NO. 1:21-CV-348-ML |

**JOINT MOTION FOR REFERRAL TO MEDIATION**

TO THE HONORABLE JUDGE LANE,

COME NOW Plaintiffs and Defendants and respectfully request the Court order this case to mediation before a U.S. Magistrate Judge, and respectfully show as follows:

This case is set for trial before the Honorable Judge Lane on April 22, 2024. The parties believe that it is in the interest of justice and judicial efficiency if this case is referred to mediation before a U.S. Magistrate Judge. Pursuant to Local Rule CV-88, and the inherent power of the Court, the Parties respectfully request the Court make a referral of this court to mediation before a U.S. Magistrate Judge.

Dated: September 19th, 2023

Respectfully submitted,

BOULETTE GOLDEN & MARIN L.L.P.

*/s/ Kerry O'Brien (with permission)*
**Kerry V. O'Brien**
Texas Bar No. 24038469
O'Brien Law Firm
1011 Westlake Drive
Austin, Texas 78746
phone: (512) 410-1960

By: */s/ Michael D. Marin*
Michael D. Marin

Michael D. Marin
TX State Bar No. 00791174
mmarin@boulettegolden.com
2700 Via Fortuna, Suite 250

| | |
|---|---|
| fax: (512) 410-6171<br>email: ko@obrienlawpc.com<br><br>**COUNSEL FOR PLAINTIFFS** | Austin, TX 78746<br>Telephone:   (512) 732-8924<br>Facsimile:    (512) 732-8905<br><br>ATTORNEYS FOR DEFENDANTS/COUNTERCLAIM PLAINTIFFS |

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023, I served a true and correct copy of the foregoing via the Court's ECF system in accordance with the Federal Rules of Civil Procedure to the following:

Kerry V. O'Brien
O'Brien Law Firm
1011 Westlake Drive
Austin, Texas 78746
ko@obrienlawpc.com

*Counsel for Plaintiffs/Counterclaim Defendants*

                                                 */s/ Michael D. Marin*
                                      Counsel for Defendants/Counterclaim Plaintiffs