IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES O'REILLY, ET AL., | § | |
| Plaintiffs, | § | |
| V. | § | |
| | § | |
| CAE INTEGRATED, LLC, ET AL., | § | A-21-CV-348-ML |
| Defendants. | § | |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the court issues the following scheduling order.

IT IS ORDERED THAT:

1. All deadlines have passed except what is stated below.

2. This case is set for final pretrial conference, in Courtroom #8, on **Wednesday, April 10, 2024, at 2:00 p.m.** The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(f) regarding matters to be filed in advance of the final pretrial conference. **However, the court modifies the parties' obligations under Local Rule CV-16(f) as follows.** The parties' proposed jury instructions and verdict shall be an agreed, joint submission. Where the parties cannot reach an agreement on individual instructions, they may each submit competing proposals for the instruction labeled "Plaintiff's Proposed Instruction" and "Defendant's Proposed Instruction," with brief explanations of why their proposal more accurately reflects the law. After filing, the parties are instructed to email Word versions of the agreed, joint proposed instructions and verdict form to Adam_Goodrum@txwd.uscourts.gov. Additionally, the court requires the parties to meet and confer before filing any motions in limine and to indicate which items of their motions in limine are agreed to and which are opposed.

3.  This case is set for jury trial, in Courtroom #8, beginning at **9:00 a.m. on April 22, 2024**. The attorneys and parties are ordered to appear at **8:30 a.m. on April 22, 2024** for any final matters.  The parties estimate the trial will require two weeks.

SIGNED September 19, 2023.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE